IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DATA CARRIERS, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 12-332-LPS |
| ) | |
| FUJITSU AMERICA, INC. ) | JURY TRIAL DEMANDED |
| ) | |
| Defendant. ) | |

## STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE

Plaintiff Data Carriers, LLC and Defendant Fujitsu America, Inc. ("Fujitsu"), pursuant to Federal Rules of Civil Procedure 41(a)(2) and (c), hereby move for an order dismissing all of Plaintiff's claims in this action WITH PREJUDICE and all of Fujitsu's claims in this action WITHOUT PREJUDICE, subject to the terms of that certain agreement, entitled "SETTLEMENT AND LICENSE AGREEMENT," dated February 27, 2013, with each party to bear its own costs, expenses and attorneys' fees.

Dated: April 9, 2013

| | |
|---|---|
| BAYARD, P.A. | GREENBERG TRAURIG, LLP |
| | |
| */s/ Stephen B. Brauerman* | */s/ Eve H. Ormerod* |
| Richard D. Kirk (#922) | Gregory E. Stuhlman (#4765) |
| Stephen B. Brauerman (#4952) | Eve H. Ormerod (#5369) |
| 222 Delaware Avenue | The Nemours Building |
| Suite 900 | 1007 North Orange Street, Suite 1200 |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| (302) 655-5000 | (302) 661-7000 |
| rkirk@bayardlaw.com | stuhlmang@gtlaw.com |
| sbrauerman@bayardlaw.com | ormerode@gtlaw.com |
| | |
| *Attorneys for Plaintiff Data Carriers, LLC* | *Attorneys for Defendant Fujitsu America, Inc.* |

| | |
|---|---|
| OF COUNSEL: | OF COUNSEL: |
| Mark A. Fenster | James J. DeCarlo |
| Benjamin T. Wang | GREENBERG TRAURIG, LLP |
| RUSS, AUGUST & KABAT | MetLife Building |
| 12424 Wilshire Boulevard, 12th Floor | 200 Park Avenue |
| Lost Angeles, CA 90025-1031 | New York, NY 10166 |
| (310) 826-7474 | (212) 801-9200 |

*DEL 86442581v1*